IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT LEANDER CAMIRAND,

        Plaintiff,

v.

OREGON DEPARTMENT OF CORRECTIONS EMPLOYEES,

        Defendant.

Civil No. 2:20-cv-00499-YY

ORDER

IMMERGUT, J.

On November 18, 2020, this court dismissed plaintiff's Petition for Peremptory Writ of Mandamus without service of process on the basis that it failed to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2). Due to plaintiff's *pro se* status, the court gave plaintiff 30 days in which to file an Amended complaint setting forth a cognizable constitutional violation.

1 - ORDER

Plaintiff was advised that failure to submit an amended complaint would result in the dismissal of this proceeding.

Plaintiff did not file an Amended Complaint. Accordingly, IT IS ORDERED that this action is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this __21st__ day of December, 2020.

Karin J. Immergut
United States District Judge

2 - ORDER